UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| HUONG THI HUYNH,<br><br>*Petitioner*,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), ENFORCEMENT AND REMOVAL OPERATIONS (ERO), EL PASO FIELD OFFICE, DEPARTMENT OF HOMELAND SECURITY (DHS), and KRISTI NOEM, SECRETARY, DHS,<br><br>*Respondents*. | No. 3:25-CV-00529-LS |

## ORDER DISMISSING CASE

Respondents filed an advisory to the Court regarding Petitioner's physical removal from the United States.[1] Petitioner filed a petition for a writ of habeas corpus regarding her detention by Immigration and Customs Enforcement.[2] Because Petitioner is no longer detained by Respondents, her petition is moot.[3] The Court therefore denies Petitioner's writ of habeas corpus and dismisses this case as moot.

**SO ORDERED**.

---

[1] ECF No. 8.
[2] ECF No. 1.
[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (stating that a habeas petition becomes moot when the habeas relief requested can no longer be effected); *Chafin v. Chafin*, 568 U.S. 165, 172 (2013) ("[A] case 'becomes moot only when it is impossible for a court to grant any effectual relief whatever to the prevailing party.'" (citation omitted)).

**SIGNED** and **ENTERED** on December 5, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**